UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
AUG 16 2022
Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

Adrian D Sharper

name of plaintiff(s)

CIVIL ACTION

versus

NO. _____ )

RAMCO - Right Away maintenance company

name of defendant(s)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   I believe I was harassed, not promoted, demoted and terminated because of my race Black, in violation of Title VII of The Civil Rights Act of 1964, as amended

2. Plaintiff, Adrian D Sharper resides at

   811 N. Bon Marche Dr, Baton Rouge,
   street address                                city

   EBR, LA, 70806 (225) 921-2299
   parish   state   zip code   telephone number

   (if more than one plaintiff, provide the same information for each plaintiff below)

3. Defendant, RAMCO lives at, or its business is located at 2545 West Park Ave,
   street address

   Gray, , LA,
   city           parish           state

   70359, 985-873-8555.
   zip code  telephone number

(if more than one defendant, provide the same information for each defendant below)

4. Statement of claim ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

On or about October 10th 2017 I was denied Operator Forman Position by Mr. Mike Waston. He hired Sam Moody, Joseph Bayhi and Jacob Dedon as Operator Foremans. About June or July 2019 Mike Watson promoted me to operator Formen. On or about September Mr. Adams demoted me.

5. Prayers for Relief (list what you want the Court to do):

a. Respectfully I request relief for harassment,

b. relief for Lost wages,

c. relief for mental anguish, stress

d. relief for depression

I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this __August__ day of __Tue, 16__, 20__22__

_[signature]_

(signature of plaintiff (s))